■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AROR ARK O'DIAH, Appellant. [888 NYS2d 896]

The defendant's contention that the prosecutor's comments during summation require reversal is unpreserved for appellate review, since he failed to seek a curative instruction or move for a mistrial with respect to the one challenged comment to which he objected, and he failed to object to the other challenged comments (*see* CPL 470.05 [2]; *People v Romero*, 7 NY3d 911, 912 [2006]; *People v Gregory*, 55 AD3d 752 [2008]; *People v Morris*, 2 AD3d 652 [2003]). In any event, the prosecutor's remarks were either fair comment on the evidence, responsive to the defense counsel's summation, or not so egregious as to have deprived the defendant of a fair trial (*see People v Galloway*, 54 NY2d 396, 399-400 [1981]; *People v Nieves*, 2 AD3d 539, 540 [2003]; *People v Holguin*, 284 AD2d 343 [2001]; *People v Cariola*, 276 AD2d 800 [2000]).

The defendant's remaining contention is without merit. Dillon, J.P., Florio, Balkin and Leventhal, JJ., concur.